THOMAS *v.* ATLANTA MACHINE WORKS.

COBB, J. Taking the evidence as a whole and considering it in that light which is most favorable to the plaintiff's contention, the occurrence out of which the injury to the plaintiff arose was either a pure casualty or one of the ordinary risks of the particular employment which the employee necessarily assumed.

In either event no liability arose against the defendant, and a nonsuit was properly granted.          *Judgment affirmed.    All the Justices concurring.*

Argued January 8, — Decided January 26, 1901.

Action for damages.    Before Judge Calhoun.    City court of Atlanta.    March 27, 1900.

*Mayson & Hill,* for plaintiff.
*Howard Van Epps* and *George T. Holmes,* for defendant.

